IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-859-WKW |
| ) | (WO) |
| ONE TAURUS PT145 HANDGUN, ) | |
| BEARING SERIAL NUMBER ) | |
| NXA43857 AND ONE SMITH AND ) | |
| WESSON .40 CALIBER HANDGUN, ) | |
| BEARING SERIAL NUMBER PBM7735, ) | |
| ) | |
| Defendants. ) | |

**DECREE OF FORFEITURE**

On September 7, 2005, a Verified Complaint for Forfeiture In Rem against the Defendants was filed on behalf of the United States of America. The Complaint alleges that the Defendants were in the possession of Alphonzo Reed and Darrell Leon Hayes. The Defendants constitute firearms used or intended to be used to facilitate the transportation, sale, receipts, possession, or concealment of property described in Title 21, United States Code, Section 881(a)(1) or Title 21, United States Code, Section 881(a)(2); therefore, Defendants are liable to condemnation and forfeiture to the United States in accordance with Title 21, United States Code, Section 881(a)(11).

It appearing that process was fully issued in this action and returned according to law;

Pursuant to a Warrant for Arrest In Rem issued by this Court, the Drug Enforcement Administration arrested the Defendants on February 15, 2006;

On February 27, March 6 and 13, 2006, notice of this action was published in the Montgomery Advertiser newspaper;

On September 26, 2005, Darrell Hayes was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant of Arrest In Rem;

On September 26, 2005, Thomas J. Azar, Jr., attorney at law, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant of Arrest In Rem.

On September 26, 2005, Thomas J. Azar, Jr., attorney at law, accepted service on behalf of Maurice S. Bell, attorney at law, from the United States Marshals Service, of the Verified Complaint for Forfeiture In Rem and Warrant of Arrest In Rem.

On October 19, 2005, Alphonzo Reed was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant of Arrest In Rem.

Darrell Hayes and Alphonzo Reed failed to file a claim or answer within the time permitted by applicable Statutes and Rules.

On April 24, 2006, Entry of Default was entered against Darrell Hayes, Alphonzo Reed and all other persons and entities having an interest in the Defendant firearms;

No other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that the following Defendants be forfeited to the United States and no right, title or interest in the Defendants shall exist in any other party:

**Taurus PT145 Handgun, serial number NXA43857; and**

**Smith and Wesson .40 Caliber Handgun, serial number PBM7735.**

The Defendants shall be disposed of according to law.

DONE this the 1st day of May, 2006.

                                                /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE